United States District Court
Southern District of Texas
**ENTERED**
May 29, 2019
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| MICHAEL RAY WEST, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL NO. 2:18-CV-170 |
| | § | |
| SHARON RUIZ, *et al*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

The Court is in receipt of the Magistrate Judge's Memorandum and Recommendation ("M&R") to Dismiss Certain Claims and to Retain Case, Dkt. No. 19, and Plaintiff Michael Ray West's ("West") Motion for Objection, Dkt. No. 25.

After independently reviewing the record and applicable law, the Court **ADOPTS** the M&R, Dkt. No. 19, and **RETAINS** Plaintiff's claims of deliberate indifference against Defendants Felicia-Ana Antu, Vicky Crumbliss, Mary Snyder, Emily Carrizales, Donna Pfannstiel, Jose Chapa, Angela Rodriguez and Erick Echavarry in their individual capacities.[1] The Court further **ORDERS** that Plaintiff's deliberate indifference claims against the remaining Defendants be dismissed as frivolous and for failure to state a claim pursuant to 28 U.S.C. §§ 1915(e)(2)(B) and 1915A(b)(1).

SIGNED this 29th day of May 2019.

_____
Hilda Tagle
Senior United States District Judge

---

[1] The Court has taken the spelling of Defendants' names from their Answers, Dkt. Nos. 29 and 30.